**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARMON E. WARREN, | No. 07-16463 |
| Petitioner - Appellant, | D.C. No. CV-06-01328-OWW |
| v. | |
| DARRELL G. ADAMS, Warden, | MEMORANDUM [*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted March 16, 2010[**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

California state prisoner Carmon E. Warren appeals pro se from the district

court's judgment dismissing his 28 U.S.C. § 2254 habeas petition challenging a

prison disciplinary proceeding.  We have jurisdiction pursuant to 28 U.S.C. § 2253,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

AK/Research

and we affirm.

Warren contends that the district court erred by dismissing his petition for lack of jurisdiction. This contention lacks merit because Warren has not demonstrated that the reversal of his disciplinary conviction is likely to accelerate his release from prison. *See Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir. 2003).

**AFFIRMED.**